United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 2, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 06-41502
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE SANCHES-PENALOSA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:04-CR-418-ALL
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Jose

Sanches-Penalosa has moved for leave to withdraw and has filed a

brief in accordance with <u>Anders v. California</u>, 386 U.S. 738

(1967).  Sanches-Penalosa has not filed a response.  Our

independent review of the record and counsel's brief discloses no

nonfrivolous issue for appeal.  Accordingly, counsel's motion for

leave to withdraw is GRANTED, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.

—————————————

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.